**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERT G. MAHLIN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | |
| | § | **Civil No. 3:13-CV-906-M-BK** |
| | § | |
| **GMAC MORTGAGE LLC, et al.,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's *Motion to Remand* (Doc. 13) is **DENIED**, and the *Motion to Dismiss Defendants Shelley Ortolani, Bob Lee, and Janae Urbanczyk* (Doc. 20) is **GRANTED**.

SO ORDERED this 22nd day of November, 2013.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS